

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2013

No. 04-13-00333-CV

**IN THE INTEREST OF E.D., ET AL, CHILDREN**,

From the County Court at Law, Kerr County, Texas
Trial Court No. 111069C
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The Appellant's First Motion for Extension of Time to File Appellant's Brief is GRANTED. The appellant's brief is due on July 30, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court